1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:11-MC-00067-MCE-GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER EXTENDING |
|  | ) TIME FOR FILING A COMPLAINT FOR |
| v. | ) FORFEITURE AND/OR TO OBTAIN AN |
|  | ) INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $149,900.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the United States of America and claimants Ryan J. Monaghan and Maryann Sanders Monaghan ("claimants"), by and through their respective attorney, as follows:

1. On or about April 26, 2011, claimants Ryan J. Monaghan and Maryann Sanders Monaghan filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $149,900.00 in U.S. Currency (hereafter the "defendant currency"), which was seized on February 2, 2011.

///
///

1                          Stipulation and Order to Extend Time

1         2.    The Drug Enforcement Administration has sent the written
2    notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to
3    all known interested parties.  The time has expired for any person
4    to file a claim to the defendant currency under 18 U.S.C. §
5    983(a)(2)(A)-(E), and no person other than the claimants have filed
6    a claim to the defendant currency as required by law in the
7    administrative forfeiture proceeding.
8         3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is
9    required to file a complaint for forfeiture against the defendant
10   currency and/or to obtain an indictment alleging that the defendant
11   currency is subject to forfeiture within 90 days after a claim has
12   been filed in the administrative forfeiture proceedings, unless the
13   court extends the deadline for good cause shown or by agreement of
14   the parties.  That deadline is currently July 25, 2011.
15        4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
16   by agreement to extend to September 23, 2011, the time in which the
17   United States is required to file a civil complaint for forfeiture
18   against the defendant currency and/or to obtain an indictment
19   alleging that the defendant currency is subject to forfeiture.
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 23, 2011.

```
                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATE: 7-22-11                     /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney


DATE: 7-22-11                     /s/ Joseph A. Welch
                                  JOSEPH A. WELCH
                                  Attorney for Claimants Ryan J.
                                  Monaghan and Maryann Sanders Monaghan
                                  (Signature retained by attorney)
```

**IT IS SO ORDERED.**

Dated: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE